UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SYSTEMS INTEGRATION AND ) | Case No. 13-10826-RGM |
| MANAGEMENT CORPORATION ) | |
| ) | |
| *Debtor-in-Possession* ) | Chapter 11 |
| ) | |
| P. H. HARRINGTON, JR. ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| vs. ) | Adv. Proceeding |
| ) | No. 13-01116-RGM |
| SYSTEMS INTEGRATION AND ) | |
| MANAGEMENT CORPORATION ) | |
| ) | |
| *Defendant* ) | |

ORDER DISMISSING COMPLAINT
AND DENYING MOTION FOR SANCTIONS

**THIS MATTER** came on to be heard on the motion of the defendant, SYSTEMS INTEGRATION AND MANAGEMENT CORPORATION, by counsel, to dismiss this proceeding pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure, and a motion for an award sanctions pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure, and the response of the plaintiff. After a hearing on said motions, and after argument of counsel, the Court being of the opinion that the motion to dismiss should be granted and the motion for sanctions should be denied. It is

**ORDERED:**

1. The plaintiff's complaint is dismissed, without prejudice.

2. The defendant's motion for sanctions is denied.

SIGNED: _____.                   /s/ Robert G. Mayer
       Sep 25 2013                          _____
                                            ROBERT G. MAYER
                                            U. S. BANKRUPTCY JUDGE

SEEN AND OBJECTED TO AS TO THE              Entered on Docket: September 25, 2013
DENIAL OF MOTION FOR SANCTIONS

/s/ Bennett A. Brown_____
Bennett A. Brown, VSB#12583
*Counsel for debtor*

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                            /s/ Bennett A. Brown_____
                                            Bennett A. Brown
                                            *Counsel for debtor*

**COPIES TO:**

Bennett A. Brown
THE LAW OFFICE OF BENNETT A. BROWN
3905N Railroad Avenue, Suite 200
Fairfax VA 22030

Jack I. Frankel
U.S. TRUSTEE FOR THE FOURTH REGION
115 S. Union Street, Plaza Level
Alexandria VA  22314

Mary D. Slaey
SYSTEMS INTEGRATION AND MANAGEMENT CORPORATION
PO Box 1399
Vienna, VA 22183

P. H. Harrington, Jr.
4160 Chain Bridge Road
Fairfax, VA 22030

Alan Cilman
4160 Chain Bridge Road
Fairfax, VA 22030

Christopher S. Moffitt
218 North Lee Street, 3rd Floor
Alexandria, VA 22314